SAMUEL KATZ, APPELLANT, v. MICHAEL WILLNER,
RESPONDENT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 811.

For the appellant, *Frank G. Turner.*

For the respondent, *Meisterman & Katchen.*

*103 N. J. L.*        Kearny v. State Board Taxes, &c.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.